# In the United States District Court
## for the Southern District of Georgia
## Waycross Division

DANIEL ALLAN LEWIS,

      Plaintiff,

   v.

SHERIFF LYNN DAVIS, and JUDGE
RENEE DANIELS,

      Defendants.

5:25-cv-67

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Plaintiff's Complaint in its entirety. Dkt. No. 12. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed. In fact, the Court's mailing was returned as undeliverable, with the notation: "Return to Sender, No Longer Here." Dkt. No. 13 at 1.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Plaintiff's

Complaint, dkt. no. 1, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in form pauperis*.

    **SO ORDERED**, this __16__ day of March, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA