AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANIEL ALLAN LEWIS,

Plaintiff.

v.

SHERIFF LYNN DAVIS, and
JUDGE RENEE DANIELS,

Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-67

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That, in accordance with the Court's March 16, 2026 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice, and Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 16, 2026

Date

John E. Triplett, Clerk of Court

Clerk

James R. Bunell

(By) Deputy Clerk

GAS Rev 10/2020